# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135521(25)

ROBERT S. BECK,
        Plaintiff-Appellee,

v

TGM BROADBAND CABLE SERVICES and
ACCIDENT FUND INSURANCE COMPANY
OF AMERICA,
        Defendants-Appellants,
and

TGM BROADBAND CABLE SERVICES and
LIBERTY MUTUAL INSURANCE COMPANY,
        Defendants-Appellees,
and

SECOND INJURY FUND (PERMANENT &
TOTAL DISABILITY PROVISIONS),
        Defendant-Appellee.
_____/

SC: 135521
COA: 277384
WCAC: 05-000279

On order of the Court, the motion for reconsideration of this Court's April 28, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

_____
Clerk

d0721